NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**PETER MARONEY,**

*Petitioner,*

**v.**

**DEPARTMENT OF VETERANS AFFAIRS,**

*Respondent.*

---

2010-3173

---

Petition for review of an arbitrator's decision in FMCS case no. 09-60135 by Abigail Modjeska.

---

**JUDGMENT**

---

M. JEFFERSON EUCHLER, The Law Office of M. Jefferson Euchler, of Virginia Beach, Virginia, argued for petitioner.

BRYANT G. SNEE, Deputy Director, Commercial Litigation Branch, Civil Division, United States Department of Justice, of Washington, DC, argued for respondent. On the brief were TONY WEST, Assistant Attorney General, JEANNE E. DAVIDSON, Director, and BRIAN SIMKIN, Assistant Director, HILLARY A. STERN, Senior Trial Counsel.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (BRYSON, O'MALLEY, and REYNA, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

July 11, 2011          /s/ Jan Horbaly
    Date                    Jan Horbaly
                             Clerk